# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESSARAE BRADFORD, | NO. CV 08-7471 SGL (FMO) |
| Plaintiff, | |
| v. | **ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has conducted a de novo review of the Complaint, all of the records herein, and the Report and Recommendation of the United States Magistrate Judge. No Objections have been filed to the Report and Recommendation. The Court approves and adopts the Magistrate Judge's Report and Recommendation. Accordingly, IT IS ORDERED THAT:

1. Defendants' Motion to Dismiss **(Document No. 8)** is **granted**.

2. Plaintiff's state law claims against defendants are **dismissed without prejudice**.

3. No later than 20 days from the filing date of this Order, defendants shall file an Answer to the federal claims set forth in the Complaint.

4. The matter shall be referred to the undersigned Magistrate Judge for further proceedings.

///

///

5. The Clerk shall serve copies of this Order on all parties.

DATED: July 29, 2009

_____
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

2