UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 08-7471 ODW(FMOx) | Date | September 8, 2010 |
|---|---|---|---|
| Title | Dessarae Bradford v. City of Los Angeles et al | | |

| Present: | The Honorable Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not Present | n/a |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (IN CHAMBERS):** Order to Show Cause re Dismissal for Failure to Comply With the Court's Scheduling Order; Order Continuing Pretrial Conference

On January 8, 2010 the Court issued its Scheduling Order [43], which set forth a schedule of pretrial hearing dates and deadlines, in particular the date by which pretrial documents must be lodged/filed.

The Court's Scheduling and Case Management Order, which is located at Judge Wright's Procedures and Schedules page on the Court's website, includes the following caveat: **"If counsel fail to file the required Pre-Trial documents or fail to appear at the Pre-Trial Conference and such failure is not otherwise satisfactorily explained to the Court: (a) the cause shall stand dismissed for failure to prosecute if such failure occurs on the part of the plaintiff; (b) default judgment shall be entered if such failure occurs on the part of the defendant; or (c) the Court may take such action as it deems appropriate."**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-7471 ODW(FMOx) | Date | September 8, 2010 |
|---|---|---|---|
| Title | Dessarae Bradford v. City of Los Angeles et al | | |

Judge Wright's Self-Representation Order [42] (Issued 1/8/10) states **"You [the pro se party] will be held to the same standards as a lawyer as far as complying with court procedures and the rules and regulations of the court system."**

Plaintiff in this case has failed to comply with the Court's Scheduling Order. To date, Plaintiff has not lodged/filed any pretrial documents with the Court.

Accordingly, the Court orders Plaintiff to show cause in writing on or before **Wednesday, September 15, 2010** why this action should not be dismissed for failure to comply with the Court's Scheduling Order.

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or filing on or before the date upon which a response by Plaintiff is due.

The Pretrial Conference presently scheduled for September 13, 2010 at 3:30 p.m., is hereby CONTINUED to **Monday, September 27, 2010 at 4:00 p.m.** The September 13, 2010 deadline to file Motions In Limine, Proposed Voir Dire Questions and an Agreed-to Statement of the Case is CONTINUED to **Monday, September 20, 2010.**

IT IS SO ORDERED.

| | : | 00 |
|---|---|---|
| Initials of Preparer | RGN | |